**Electronically Filed**
**Supreme Court**
**SCPW-20-0000381**
**29-MAY-2020**
**02:28 PM**

SCPW-20-0000381

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE CHRISTOPHER LEE SLAVICK, Petitioner.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC041001534)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's "Motion for this Court to Order Immediate Release Due to Crimes Committed by (Former) Judge Karen Ahn," which was filed as a petition for writ of mandamus on May 18, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner is not entitled to the requested extraordinary relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, May 29, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson